IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

United States of America )
)
)
)
Plaintiff(s), )
)
v. )   Case No. 5:14-cr-00318-M
Douglas G. Williams )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff , United States of America .
(Plaintiff/Defendant)     (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

S/ Mark Angehr                11/19/2014
Signature                        Date

Mark Angehr
Print Name

U.S. Department of Justice, Criminal Division, Public Integrity Section
Firm

1400 New York Ave., NW
Address

Washington            DC            20005
City                 State          Zip Code

202-598-2817          202-514-3003
Telephone             Fax Number

mark.angehr@usdoj.gov
Internet E-mail Address

REVISED 8/31/06

*Certificate of Service*

[✓] I hereby certify that on (date) November 19, 2014 _____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

Stephen H. Buzin, Attorney for Defendant

Chris H. Eulberg, Attorney for Defendant

Brian K. Kidd, Trial Attorney, U.S. Department of Justice

[ ] I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/ Mark Angehr
s/ Attorney Name