IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

United States of America )
)
)
)
)
Plaintiff(s), )
)
v. )  Case No. 5:14-cr-00318-M
)
Douglas Williams )
)
)
)
)
Defendant(s) )

# ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff , United States of America .
(Plaintiff/Defendant)         (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

S/ Brian K. Kidd    11/19/2014
Signature           Date

Brian K. Kidd
Print Name

U.S. Department of Justice, Criminal Division, Public Integrity Section
Firm

1400 New York Ave., NW
Address

Washington         DC          20005
City               State       Zip Code

202-598-2957       202-514-3003
Telephone          Fax Number

brian.kidd2@usdoj.gov
Internet E-mail Address

REVISED 8/31/06

## Certificate of Service

☑ I hereby certify that on (date) 11/19/2014 _____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

Stephen H. Buzin, Attorney for Defendant
Chris H. Eulberg, Attorney for Defendant
Mark Angehr, Trial Attorney, U.S. Department of Justice

☐ I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/ Brian K. Kidd
s/ Attorney Name