### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | Case No. CR-14-318-M |
| ) | |
| DOUGLAS G. WILLIAMS,  ) | |
| ) | |
| Defendant.  ) | |

## MINUTE ORDER

    Pursuant to Local Criminal Rule 30.1, the parties in this case shall file all requested jury instructions, supported by appropriate authority, by Tuesday, January 6, 2015.  Any objections to the requested jury instructions shall be filed by Thursday, January 8, 2015.

**IT IS SO ORDERED this 15th day of December, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE