# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

*12.16.2014*

UNITED STATES COURTHOUSE
200 N.W. 4th (Fourth & Harvey), OKLAHOMA CITY, OKLAHOMA
COURTROOM NO. 301 - 3rd Floor

### *AMENDED* JANUARY CRIMINAL TRIAL DOCKET
### BEFORE CHIEF JUDGE VICKI MILES-LaGRANGE

### TUESDAY, JANUARY 13, 2015

"VALID PHOTO IDENTIFICATION IS REQUIRED TO ENTER THE FEDERAL COURTHOUSE BUILDING"

**NOTICE TO ALL COUNSEL:** Counsel are ***REQUIRED*** to appear at docket call at **2:00 p.m. on Wednesday, January 7, 2015**, regardless of where their case appears on the docket.

**Three copies of typewritten lists of witnesses and exhibits are to be given to the Courtroom Deputy on the first day of trial. Exhibits are to be marked numerically, prior to trial.**

| | | |
|---|---|---|
| CR-14-280-M | United States of America | Brandon Hale |
| | | Chris Stephens |
| | v. | |
| | Donovan Gene Mercer | Joseph Wells |
| | | |
| CR-14-292-M | United States of America | David McCrary |
| | v. | |
| | Timothy Dewayne Watkins Jr. | Jeff Massey |
| | Brandon Bruner | Danny White |
| | Curtis Edward Gatewood | Bill Zuhdi |
| | | |
| CR-14-303-M | United States of America | Julia Barry |
| | v. | |
| | Ricky Aurell Lindsey | Richard Anderson |
| | Justin Daniel Alsept | Irven Box |

| Case No. | Plaintiff | Defendant(s) | Counsel |
|---|---|---|---|
| CR-14-305-M | United States of America | v. Jackie Duncan | Ed Kumiega<br>Bill Earley |
| CR-14-313-M | United States of America | v. Cesar Hidrogo<br>Arturo Hidrogo<br>Jesus Ramirez-Carrera | Arvo Mikkanen<br>Bill Zuhdi<br>Mark Wilson<br>Danny White |
| CR-14-318-M | United States of America | v. Douglas G. Williams | Brian Kidd (DOJ)<br>Mark Angehr (DOJ)<br>Stephen Buzin |
| CIV-14-328-M | United States of America | v. Javier Garcia-Garcia | Rozia McKinney-Foster<br>Teresa Brown |
| ==CIV-14-359-M== | United States of America | v. Timothy Dewayne Watkins, Jr.<br>Brandon Bruner<br>James Freeman | David McCrary<br>Katherine Holey<br>Jeff Massey<br>Danny White<br>Ed Geary |