# CRIMINAL JURY TRIAL

CRIMINAL CASE NO.  CR-14-318-M                                               DATE   5/13/2015
                                                                                                         (day 2)

STYLE:                        **USA v. Douglas G. Williams**

   PROCEEDINGS:   (FURTHER) NON-JURY TRIAL   **(FURTHER) JURY TRIAL**

COMMENCED  9:10 a.m.   ENDED  12:15 p.m.   TOTAL TIME  3 hours - 40 minutes
COMMENCED  2:05 p.m.   ENDED   2:35 p.m.
COMMENCED  4:55 p.m.   ENDED   5:00 p.m.

JUDGE Vicki Miles-LaGrange     C.R. DEPUTY Kathy Spaulding     REPORTER Lynn Lee

Plf counsel: Brian Kidd, Heidi Gesch
Dft's counsel: Stephen Buzin, Chase O'Brien

Enter as above.     Defendant appears in person.     Parties announce ready.

Plaintiff continues case in chief with testimony of witnesses.

Witness(es) for Plaintiff(s):                            Witness(es) of Defendant(s):
1. Special Agent Douglas Robbins (prev sworn)     1.

Plf's exhibits admitted:  301
Dft's exhibits admitted:

Minute: Prior to resuming the trial after lunch, the defendant announces to the Court that he wishes to now enter a plea.  After the change of plea proceeding, the Court dismisses the jury.  The Court directs the parties to withdraw all exhibits.