CHANGE OF PLEA MINUTE SHEET                              Date:   5/13/2015

CR. Case No. CR-14-318-M   United States of America  v. Douglas G. Williams (sworn)
Defendant states true and correct name as: SAME

Commenced  4:20 p.m.   Ended  4:45 p.m.   Total Time  25 minutes

JUDGE Vicki Miles-LaGrange    C.R. DEPUTY Kathy Spaulding   COURT REPORTER Lynn Lee

Counsel for plf: Brian Kidd, Heidi Gesch      Counsel for dft: Stephen Buzin, Chase O'Brien
Probation Officer: _____    Interpreter:    N/A

Dft's Age  69  .    Counsel appear as above noted.  Dft appears in person with counsel.

---

☒ Fully Apprised   ☐ Waives Counsel   ☐ Waives Indictment   ☒ Waives Jury

MAXIMUM PENALTY :

☒ Cts 1-5 : No more than 20 years; not more than $250,000.00 fine or both

☒ SPECIAL ASSESSMENT: $500 ($100 as to each count)

☒ ENTERS PLEA OF GUILTY to Counts 1-5 of the Indictment filed 11/13/2014

☒ Plea(s) accepted.        ☒ Referred to Probation Officer.

☒ The Court adopts recommendation of pretrial services and allows the defendant to continue under the same previously posted bond with conditions of release with the additional condition that the defendant not possess a firearm, destructive device or other dangerous weapon.